**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

HADRIAN MATTHEWS,

               Petitioner,

v.

UNITED STATES OF AMERICA,

               Respondent.

Civil Action No: 26-1714 (SDW)

**WHEREAS OPINION**

February 26, 2026

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Petitioner Hadrian Matthews's ("Petitioner") motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255 ("2255 Motion"); and

**WHEREAS** under the local rules, "[u]nless prepared by counsel … motions under 28 U.S.C. § 2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk."  L.Civ.R. 81.2(a).; and

**WHEREAS** the 2255 Motion is not on the Clerk's form.  (ECF No. 1); and

**WHEREAS** the Clerk will be ordered to send Petitioner a blank form for 2255 motions.

An appropriate order follows.

                                                    **SUSAN D. WIGENTON, U.S.D.J.**